# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WAYNE WILSON,<br><br>   Plaintiff,<br><br>   v.<br><br>VELMA HAMPSON, et al.,<br><br>   Defendants. | Case No.: 1:22-cv-0897 JLT BAK (EPG) (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

On August 23, 2022, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 14.) Plaintiff was warned that "**failure to pay the $402 filing fee as ordered will result in the dismissal of this action**." (*Id.* at 5, emphasis in original.) The 30-day period has expired, and Plaintiff failed to pay the $402 filing fee. Thus, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2022**

_____
UNITED STATES DISTRICT JUDGE